**Regensteiner Colortype Company, appellee, v. Central Trust Company of Illinois, trustee in bankruptcy of Nicholas-Finn Advertising Company, appellant. Gen. No. 24,569.**
Action to recover for labor performed and material furnished in printing booklets. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Hugh J. Kearns, Judge, presiding.

Heard in the Branch Appellate Court at the October term, 1918. Reversed and remanded. Opinion filed October 10, 1919.

Moses, Rosenthal & Kennedy, for appellant; Walter Bachrach, of counsel. Herman Frank and Louis Grollman, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.